UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LULA INGRAM, Individually and as Special Administrator and Special Representative of Timothy Ingram<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CHRISTIAN COMMUNITY HEALTH CARE CENTER, and DIANE MCKENZIE, MSN, APRN, BC, Individually and as agents and servants of employee of Christian Community Health Care Center<br><br>　　　　　　　　Defendants. | No. 08 C 2587<br><br>Judge Gottschall<br><br>Formerly case No. 08 L 001606,<br>Circuit Court of Cook County, Illinois |

## NOTICE OF FILING

To:　Clerk of the Court　　　　　　　　　　Timothy R. Tyler
　　　Circuit Court of Cook County　　　　　Timothy R. Tyler & Associates, P.C.
　　　Richard J. Daley Center, Room 801　　120 West Madison
　　　50 West Washington Street　　　　　　Suite 505
　　　Chicago, Illinois 60602　　　　　　　　Chicago, IL 60602

　　　PLEASE TAKE NOTICE that on May 6, 2008, the United States, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, filed a notice of removal of the above-captioned civil action from the Circuit Court of Cook County, Illinois, to the United States

District Court, Northern District of Illinois, pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2679, and 42 U.S.C. § 233.

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

By: s/ Amanda A. Berndt
    AMANDA A. BERNDT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1413
    Amanda.Berndt@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

NOTICE OF FILING

was served on May 7, 2008, in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, if any, and were mailed to:

| | |
|---|---|
| Clerk of the Court | Timothy R. Tyler |
| Circuit Court of Cook County | Timothy R. Tyler & Associates, P.C. |
| Richard J. Daley Center, Room 801 | 120 West Madison |
| 50 West Washington Street | Suite 505 |
| Chicago, Illinois 60602 | Chicago, IL 60602 |

 s/ Amanda A. Berndt
AMANDA A. BERNDT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-1413
Amanda.Berndt@usdoj.gov