UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LULA INGRAM, Individually and as Special Administrator and Special Representative of Timothy Ingram )<br><br>Plaintiff, )<br><br>v. )<br><br>CHRISTIAN COMMUNITY HEALTH CARE CENTER, and DIANE MCKENZIE, MSN, APRN, BC, Individually and as agents and servants of employee of Christian Community Health Care Center )<br><br>Defendants. ) | No. 08 C 2587<br><br>Judge Gottschall<br><br>Formerly case No. 08 L 001606, Circuit Court of Cook County, Illinois |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Amanda A. Berndt
　　AMANDA A. BERNDT
　　Assistant United States Attorney
　　219 South Dearborn Street
　　Chicago, Illinois 60604
　　(312) 353-1413
　　Amanda.Berndt@usdoj.gov

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**ATTORNEY DESIGNATION**

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on May 8, 2008, to the following non-ECF filers:

Timothy R. Tyler
Timothy R. Tyler & Associates, P.C.
120 West Madison
Suite 505
Chicago, IL 60602

s/ Amanda A. Berndt
AMANDA A. BERNDT
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois
(312) 353-1413
Amanda.Berndt@usdoj.gov