UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LULA INGRAM, Individually and as Special Administrator and Special Representative of Timothy Ingram<br><br>Plaintiff,<br><br>v.<br><br>CHRISTIAN COMMUNITY HEALTH CARE CENTER, and DIANE MCKENZIE, MSN, APRN, BC, Individually and as agents and servants of employee of Christian Community Health Care Center<br><br>Defendants. | No. 08 C 2587<br><br>Judge Gottschall<br><br>Formerly case No. 08 L 001606, Circuit Court of Cook County, Illinois |

### NOTICE OF MOTION

To:  Timothy R. Tyler                    Kenya A. Garrett
     Timothy R. Tyler & Associates, P.C. CCHC
     120 West Madison                    13820 Lincoln Ave.
     Suite 505                           Dolton, IL 60419
     Chicago, IL 60602

**PLEASE TAKE NOTICE** that on **Thursday, May 15, 2008 at 9:30a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before Judge Gottschall in Room 2325, in the Everett Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her stead, and then and there present **UNITED**

**STATES' MOTION TO DISMISS FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES** at which time and place you may appear, if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Amanda A. Berndt
    AMANDA A. BERNDT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-1413
    Amanda.Berndt@usdoj.gov
