## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2587 | **DATE** | 5/15/2008 |
| **CASE TITLE** | Ingram vs. Christian Community Health Care Center, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's counsel represented to the court that Plaintiff's counsel does not oppose the granting of this motion. United States' Motion to Dismiss for Failure to Exhaust Administrative Remedies [5] is granted. It is hereby ordered that this case is dismissed as to the United States for failure to exhaust administrative remedies. Remainder of this case is remanded to state court. Civil case terminated.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RJ |
|---|---|---|