U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 08 CV 02587

Lula Ingram, Individually and Special Administrator and
Special Representative of Timothy Ingram deceased, v. United
States of America d/b/a Christian Community Health Care
Center and Diane McKenzie, MSN, APRN, BC,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lula Ingram
Plaintiff

| | |
|---|---|
| NAME (Type or print) Timothy R. Tyler | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Timothy R. Tyler | |
| FIRM TIMOTHY R. TYLER & ASSOCIATES, P.C. | |
| STREET ADDRESS 120 West Madison Street, Suite 505 | |
| CITY/STATE/ZIP Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6208431 | TELEPHONE NUMBER 312-920-1745 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ✓   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ✓   NO ☐ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?     YES ✓   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |